**TANE WATERMAN & WURTZEL, P.C.**
120 Broadway • Suite 948
New York, New York 10271-0996
(212) 766-4000
(Fax) 212 766-4022

DAVID A. TANE
STEWART E. WURTZEL
ANDREW D. STERN
LEONARD KHANDROS*

MARCIE L. WATERMAN - *Of Counsel*
LAWRENCE H. McGAUGHEY - *Of Counsel*

MOSHE C. BOBKER*
JACOB FLEITMAN
RUTA BEHREND
ADAM LAZAROS

MEMBER OF NY & NJ BAR*

Writer's E-Mail Address:
mbobker@tww.nyc

May 20, 2020

**<u>By ECF</u>**
Honorable George B. Daniels
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

> Re:    *Dunnegan v. 220 East 54th Street Owners, Inc.*
>        Docket No.: 20-cv-2418
>        <u>Request for Extension of Time to Respond to Complaint</u>

Dear Judge Daniels:

This firm represents the Defendant in the above-captioned action. Presently, Defendant's response to the complaint is due by Friday, May 22, 2020. We write, on consent of Plaintiff's counsel, Ms. Laura Scileppi, to respectfully request a one-week extension of time to file said response. This is Defendant's first such request. This request is necessitated by the fact that Defendant's insurance carrier-appointed counsel is expected to substitute in as trial counsel and/or appear as co-counsel and this extension will permit Defendant to formalize this arrangement.

Therefore, Defendant respectfully requests that Your Honor extend the time by which it must answer or move to dismiss the complaint to May 29, 2020.

We thank the Court for its courtesy and consideration to the matters herein.

Very truly yours,

Moshe C. Bobker (MB1090)

cc:    Laura Scileppi, Esq. (by ECF)