UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------------X

WILLIAM DUNNEGAN,

                            Plaintiff,

                -against-

220 EAST 54TH STREET OWNERS, INC.,

                        Defendant.

---------------------------------------------------------------------------------X

Case No.: 20 Civ. 2418 (GBD)

**NOTICE OF MOTION TO DISMISS THE COMPLAINT PURSUANT TO FED. R. CIV. PROC. 12(B)(6)**

**PLEASE TAKE NOTICE** that, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, upon the accompanying Memorandum of Law, dated May 29, 2020, the Declaration of Emil A. Samman dated May 29, 2020 and all other papers and proceedings herein, Defendant 220 East 54th Street Owners, Inc. ("Defendant") will move this Court, before the Honorable George B. Daniels, United States District Court Judge for the Southern District of New York, at the United States Courthouse, located at 500 Pearl Street, Courtroom 11A, New York, New York, 10007, on the 22nd day of July, 2020, at 10 a.m., or as soon as counsel may be heard, for an Order dismissing the Complaint in its entirety filed by Plaintiff William Dunnegan, as to the above named Defendant, and granting such other and further relief as this Court deems just and proper.

Dated: New York, New York
       May 29, 2020

                                        /s/ Andrew D. Stern_____
                                       Andrew D. Stern (AS5765)
                                        Moshe Bobker
                                        TANE WATERMAN &
                                        WURTZEL, P.C.
                                        120 Broadway, Suite 948
                                        New York, New York 10271
                                        Tel: (212) 766-4000
                                        Fax: (212) 766-4022
                                        astern@tww.nyc
                                        mbobker@tww.nyc

/s/ Emil A. Samman
Emil A. Samman (ES8748)
Jason Goodman
ROMER DEBBAS, LLP
275 Madison Avenue, Suite 801
New York, New York 10016
Tel: (212) 888-3100
Fax: (212) 888-3201
esamman@romerdebbas.com
jgoodman@romerdebbas.com

*Counsel for*
*220 East 54TH Street Owners, Inc.*