UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

WILLIAM DUNNEGAN,

                    Plaintiff,

-against-

220 EAST 54TH STREET OWNERS, INC.,

                    Defendant.

------------------------------------ X

ORDER

20 Civ. 2418 (GBD)

GEORGE B. DANIELS, District Judge:

    The June 25, 2020 initial conference is adjourned to October 22, 2020 at 9:30 a.m.

Dated: June 8, 2020
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE